489 A.2d 1363

Hugh T. MANCHESTER, Daniel Richmond, James R. Boscaino, Jr., Austin Lucas and Joyce Lucas, Appellants,

v.

CENTRE COUNTY HOSPITAL AUTHORITY, Centre County, Centre Community Hospital and Commonwealth of Pennsylvania, Department of Health, Appellees.

Supreme Court of Pennsylvania.

Submitted Jan. 21, 1985.

Decided April 10, 1985.

R. Bruce Manchester, Bellefonte, for appellant.

Joel M. Ressler, Daniel R. Schuckers, Deputy Attys. Gen., for appellee.

Robert Martin, Carbondale, for Centre Community Hosp.

John N. Blasko, Bellefonte, for Centre Community Hosp. Authority.

Robert Kistler, Bellefonte, for Centre County.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

AND NOW, this 10 day of APRIL, 1985, the order of Commonwealth Court dismissing appellants' action against the Commonwealth of Pennsylvania, Department of Health and remanding the case against the remaining appellees to the Court of Common Pleas of Centre County is affirmed.